IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPF OWNER LLC and<br>PHILADELPHIA 76ERS, L.P.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Civil Action No.: 2:22-cv-1333-MMB |

## JOINT MOTION TO STAY

Defendant Hartford Fire Insurance Company ("Hartford Fire") and Plaintiffs SPF Owner LLC and Philadelphia 76ers, L.P. (together, "Plaintiffs") (collectively with Hartford Fire, the "Parties") jointly request a stay of discovery until after the U.S. Court of Appeals for the Third Circuit rules on a recently-filed petition seeking a rehearing en banc of the Third Circuit's decision in *Wilson v. USI Insurance Service LLC*, 57 F.4th 131 (3d Cir. 2023). In support of this motion, the Parties state as follows:

1.　　This Court has broad discretion to stay proceedings. *See, e.g.*, *Pfizer Inc. v. Johnson & Johnson*, No. 17-cv-4180, 2018 WL 1071932, at *1-2 (E.D. Pa. Feb. 27, 2018) (granting motion to stay discovery); *U.S. ex rel. Spay v. CVS Caremark Corp.*, No. 09-4672, 2012 WL 11948492, at *1, *1 n. 1 (E.D. Pa. July 11, 2012) (same).

2.　　On April 13, 2022, Hartford Fire filed a motion to dismiss Plaintiffs' Complaint. *See* Dkt. No. 6. Plaintiffs filed their opposition on June 1, 2022. *See* Dkt. No. 12. Hartford Fire filed its reply on June 22, 2022. *See* Dkt. No. 19. The Parties also made certain supplemental authority filings (*see, e.g.*, Dkt. Nos. 20, 21, 27, 28), and the Court heard oral argument on

December 7, 2022.

3. In an Order dated December 15, 2022, the Court authorized the parties to engage in certain limited discovery. *See* Dkt. No. 36. The Court noted, however, that "[t]his allowance of discovery may be terminated upon the filing of an appellate decision determining Pennsylvania Law on the issues presented by this case." *Id.* at 2.

4. On January 6, 2023, the Third Circuit issued its decision in *Wilson*.

5. On January 9, 2023, this Court issued an Order permitting the Parties to "file a memorandum by January 17, 2023 . . . concerning the impact of" *Wilson* on Hartford Fire's pending motion to dismiss in this case. *See* Dkt. No. 37.

6. The Parties filed briefs addressing *Wilson* on January 17, 2023. *See* Dkt. Nos. 38, 39.

7. On January 20, 2023, the plaintiffs-appellants in *Wilson* filed a petition for rehearing en banc and certification to the Supreme Court of Pennsylvania on the issue of whether COVID-19 can constitute "physical loss" under Pennsylvania law.

8. While Hartford believes the Court could grant the pending motion now for all of the reasons previously expressed in the briefing related to the motion to dismiss, Plaintiffs believe that, given the division of the en banc judges of the Pennsylvania Superior Court in *Ungarean v. CNA & Valley Forge Ins. Co.*, Nos. 490 WDA 2021, 948 WDA 2021, 2022 Pa. Super. LEXIS 467 (Pa. Super. Nov. 30, 2022) (en banc) and *MacMiles, LLC v. Erie Ins. Exchange*, No. 1100 WDA 2021, 2022 Pa. Super. LEXIS 469 (Pa. Super. Nov. 30, 2022) (en banc), it is important for this Court to ascertain whether en banc review and potential review by the Supreme Court of Pennsylvania will be granted and, if so, the outcome of same prior to issuing a ruling. Therefore, to conserve party and judicial resources and avoid potentially unnecessary, costly, and time-

consuming discovery and possible discovery-related motion practice, the Parties believe discovery should be stayed until after the Third Circuit mandate issues in *Wilson*.

9. This motion is not made for purposes of unnecessary delay, and no Party will be prejudiced if this motion is granted.

Accordingly, for the foregoing reasons, the Parties respectfully request that this Court issue an Order staying discovery and all other deadlines in this case until after the Third Circuit issues its mandate in *Wilson*.

Pursuant to Local Civil Rule 7.1(b), undersigned counsel for the Parties certify that this motion is being submitted jointly on behalf of all Parties and, as such, is uncontested.

Dated: January 30, 2023                                             Respectfully submitted,

s/ *Marni S. Berger*                                                       s/ *Richard D. Gable, Jr.*
Robert J. Mongeluzzi (PA 36283)                          Richard D. Gable, Jr. (PA 65842)
Jeffrey P. Goodman (PA 309433)                          Butler Weihmuller Katz Craig, LLP
Marni S. Berger (PA 309303)                                 1818 Market Street, Suite 2740
Saltz Mongeluzzi & Bendesky P.C.                      Philadelphia, PA 19103
1650 Market Street, 52nd Floor                            T: 267-504-1410
Philadelphia, PA 19103                                           E: rgable@butler.legal
T: 215-496-8282
E: rmongeluzzi@smbb.com                                  Sarah D. Gordon
E: jgoodman@smbb.com                                      John J. Kavanagh
E: mberger@smbb.com                                        Conor P. Brady
                                                                                  Steptoe & Johnson LLP
*Attorneys for Plaintiffs*                                         1330 Connecticut Avenue, NW
                                                                                  Washington, DC 20036
                                                                                  T: 202-429-8005
                                                                                  sgordon@steptoe.com
                                                                                  jkavanagh@steptoe.com
                                                                                  cbrady@steptoe.com
                                                                                  *Admitted Pro Hac Vice*

                                                                                  *Attorneys for Defendant Hartford Fire Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was served on all parties by CM/ECF on January 30, 2023.

*/s/Richard D. Gable, Jr.*