IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SPF OWNER LLC & PHILADELPHIA 76ERS, L.P.<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY | CIVIL ACTION<br><br>NO. 22-1333 |
|---|---|

### ORDER

**AND NOW**, this 6th day of February, 2023, it is hereby **ORDERED** as follows:

1. All proceedings are stayed until further Order of the Court;

2. The case shall be **TRANSFERRED** to the Civil Suspense File;

3. The Clerk of the Court shall mark this case closed for statistical purposes;

4. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket upon further order of the Court;

5. Counsel shall provide a written status report to the Court every Sixty (60) days; and

6. The entry of this Order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, U.S.D.J.**