IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPF OWNER LLC and<br>PHILADELPHIA 76ERS, L.P.<br><br>        Plaintiffs,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>        Defendant. | Civil Action No.: 2:22-cv-1333-MMB |

**JOINT STATUS REPORT**

Defendant Hartford Fire Insurance Company and Plaintiffs SPF Owner LLC and Philadelphia 76ers, L.P. (collectively, the "Parties") jointly submit this status report in accordance with the Court's February 6, 2023 Order (Dkt. No. 42), as follows:

1. On January 30, 2023, the Parties filed a Joint Motion to Stay, asking the Court to stay discovery and all other deadlines in this case until after the U.S. Court of Appeals for the Third Circuit rules on a petition seeking a rehearing en banc of the Third Circuit's decision in *Wilson v. USI Insurance Service LLC*, 57 F.4th 131 (3d Cir. 2023). *See* Dkt. No. 40.

2. In an Order dated February 1, 2023, the Court granted the Parties' Joint Motion to Stay. *See* Dkt. No. 41.

3. On February 6, 2023, the Court issued an Order that, among other things, directed the Parties to "provide a written status report to the Court every Sixty (60) days[.]" *See* Dkt. No. 42.

4. The Parties hereby report that the en banc petition in *Wilson* has not yet been decided. Thus, the Parties believe the stay should remain in place.

1

Dated: April 7, 2023                              Respectfully submitted,

<u>s/ *Marni S. Berger*</u>                       <u>s/ *Richard D. Gable, Jr.*</u>
Robert J. Mongeluzzi (PA 36283)                   Richard D. Gable, Jr. (PA 65842)
Jeffrey P. Goodman (PA 309433)                    Butler Weihmuller Katz Craig, LLP
Marni S. Berger (PA 309303)                       1818 Market Street, Suite 2740
Saltz Mongeluzzi & Bendesky P.C.                  Philadelphia, PA 19103
1650 Market Street, 52nd Floor                    T: 267-504-1410
Philadelphia, PA 19103                            E: rgable@butler.legal
T: 215-496-8282
E: rmongeluzzi@smbb.com                           Sarah D. Gordon
E: jgoodman@smbb.com                              John J. Kavanagh
E: mberger@smbb.com                               Conor P. Brady
                                                  Steptoe & Johnson LLP
*Attorneys for Plaintiffs*                        1330 Connecticut Avenue, NW
                                                  Washington, DC 20036
                                                  T: 202-429-8005
                                                  sgordon@steptoe.com
                                                  jkavanagh@steptoe.com
                                                  cbrady@steptoe.com
                                                  *Admitted Pro Hac Vice*

                                                  *Attorneys for Defendant Hartford Fire Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was served on all parties by CM/ECF on April 7, 2023.

*/s/ Richard D. Gable, Jr.*