IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPF OWNER LLC and<br>PHILADELPHIA 76ERS, L.P.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No.: 2:22-cv-1333-MMB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

　　　　Defendant Hartford Fire Insurance Company and Plaintiffs SPF Owner LLC and Philadelphia 76ers, L.P. (collectively, the "Parties") jointly submit this status report in accordance with the Court's February 6, 2023 Order (Dkt. No. 42), as follows:

　　　　1.　　On January 30, 2023, the Parties filed a Joint Motion to Stay, asking the Court to stay discovery and all other deadlines in this case until after the U.S. Court of Appeals for the Third Circuit rules on a petition seeking a rehearing en banc of the Third Circuit's decision in *Wilson v. USI Insurance Service LLC*, 57 F.4th 131 (3d Cir. 2023). *See* Dkt. No. 40.

　　　　2.　　In an Order dated February 1, 2023, the Court granted the Parties' Joint Motion to Stay. *See* Dkt. No. 41.

　　　　3.　　On February 6, 2023, the Court issued an Order that, among other things, directed the Parties to "provide a written status report to the Court every Sixty (60) days[.]" *See* Dkt. No. 42.

　　　　4.　　On April 7, 2023, the Parties filed a Joint Status Report advising "that the en banc petition in *Wilson* has not yet been decided," and thus "the Parties believe the stay should remain

1

in place." Dkt. No. 43. On April 10, 2023, the Court issued an Order approving the Joint Status Report. *See* Dkt. No. 44.

5. In accordance with the Court's Order directing the Parties to provide a written status report every 60 days, the Parties hereby report that the en banc petition in *Wilson* has not yet been decided; and, thus, the Parties continue to believe the stay should remain in place.

Dated: June 6, 2023

Respectfully submitted,

s/ *Marni S. Berger*
Robert J. Mongeluzzi (PA 36283)
Jeffrey P. Goodman (PA 309433)
Marni S. Berger (PA 309303)
Saltz Mongeluzzi & Bendesky P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
T: 215-496-8282
E: rmongeluzzi@smbb.com
E: jgoodman@smbb.com
E: mberger@smbb.com

*Attorneys for Plaintiffs*

s/ *Richard D. Gable, Jr.*
Richard D. Gable, Jr. (PA 65842)
Butler Weihmuller Katz Craig, LLP
1818 Market Street, Suite 2740
Philadelphia, PA 19103
T: 267-504-1410
E: rgable@butler.legal

Sarah D. Gordon
John J. Kavanagh
Conor P. Brady
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
T: 202-429-8005
sgordon@steptoe.com
jkavanagh@steptoe.com
cbrady@steptoe.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant Hartford Fire Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was served on all parties by CM/ECF on June 6, 2023.

*/s/ Richard D. Gable, Jr.*