IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SPF OWNER LLC and <br> PHILADELPHIA 76ERS, L.P. <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD FIRE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No.: 2:22-cv-1333-MMB |

**JOINT STATUS REPORT**

Defendant Hartford Fire Insurance Company ("Hartford Fire") and Plaintiffs SPF Owner LLC and Philadelphia 76ers, L.P. (together, "Plaintiffs," and collectively with Hartford Fire, the "Parties") submit this status report in accordance with the Court's February 6, 2023 Order (Dkt. No. 42). Hartford Fire believes this case should be dismissed with prejudice in light of the U.S. Court of Appeals for the Third Circuit's decision in *Wilson v. USI Insurance Service LLC*, 57 F.4th 131 (3d Cir. 2023) and the Supreme Court of Pennsylvania's recent decisions in *Ungarean v. CNA & Valley Forge Insurance Co.*, --- A.3d ----, 2024 WL 4293339 (Pa. Sept. 26, 2024) and *MacMiles, LLC v. Erie Insurance Exchange*, --- A.3d ----, 2024 WL 4293341 (Mem) (Pa. Sept. 26, 2024). The Parties are meeting and conferring on next steps and intend to provide the Court with another update by October 11, 2024.

1

Dated: October 4, 2024                                Respectfully submitted,

s/ *Jeffrey P. Goodman*                               s/ *Richard D. Gable, Jr.*
Robert J. Mongeluzzi (PA 36283)                       Richard D. Gable, Jr. (PA 65842)
Jeffrey P. Goodman (PA 309433)                        Butler Weihmuller Katz Craig, LLP
Saltz Mongeluzzi & Bendesky P.C.                      1818 Market Street, Suite 2740
1650 Market Street, 52nd Floor                        Philadelphia, PA 19103
Philadelphia, PA 19103                                T: 267-504-1410
T: 215-496-8282                                       E: rgable@butler.legal
E: rmongeluzzi@smbb.com
E: jgoodman@smbb.com                                  Sarah D. Gordon
                                                      John J. Kavanagh
*Attorneys for Plaintiffs*                            Conor P. Brady
                                                      Steptoe LLP
                                                      1330 Connecticut Avenue, NW
                                                      Washington, DC 20036
                                                      T: 202-429-8005
                                                      sgordon@steptoe.com
                                                      jkavanagh@steptoe.com
                                                      cbrady@steptoe.com
                                                      *Admitted Pro Hac Vice*

                                                      *Attorneys for Defendant Hartford Fire*
                                                      *Insurance Company*

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on all parties by CM/ECF on October 4, 2024.

/s/ *Richard D. Gable, Jr.*